# UNTIED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 2 4 2009
J. T. NOBLIN, CLERK
BY_____DEPUTY

**UNITED STATES OF AMERICA**

V.   CRIMINAL ACTION NO. 4:99cr2HTW-JCS-001

**ARMAND DWIGHT WILLIAMS**

## ORDER

THIS CAUSE having come on for consideration on the petition of supervised release violation, filed by the United States against the above named Defendant, and the Court being fully advised in the premises finds:

### I.

That the Defendant has admitted to violating his conditions of release, namely by violating Mississippi State law by Driving Under the Influence of Intoxicating Liquor.

### II.

That the Defendant, subsequent to said violating, voluntarily admitted himself into Friends of Alcoholics (FOA), a long-term, inpatient, semi-restrictive treatment facility, and has successfully completed one term of the program.

### III.

That the Defendant is currently in his second term of the FOA program, and has the possibility of a third, more intensive term.

### IV.

That upon recommendation from the United States Probation Office, and upon hearing testimony from the Director of Admissions of FOA, this Court finds that the Defendant should continue his treatment at FOA, and remain under the current terms of his Supervised Release.

### V.

That this Court takes no action at this time upon the admitted violation(s).

### VI.

That this Court exercises it's discretion to hold in abeyance the adjudication of this Defendant's

guilt, to allow him a chance to excel in FOA, and provide himself with the tools necessary to live a crime-free, productive life.

## VII.

That counsel for the Defendant should provide monthly updates of the Defendant's status at FOA to this Court, the United States Probation Office and to the United States District Attorney's Office.

## VIII.

That this matter should be continued to December 18, 2009 for a status hearing.

SO ORDERED AND ADJUDGED this the 24th day of July, 2009.

_____
CHIEF UNITED STATES DISTRICT JUDGE