IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 4:99CR2HTW-JCS

ARMAND DWIGHT WILLIAMS

## ORDER

THIS CAUSE having come on for consideration on the Supervised Release Violation Petition, filed by the United States against the above named defendant, and the Court being fully advised in the premises finds that the Supervised Release Violation Petition should be dismissed.

IT IS THEREFORE ORDERED that the Supervised Release Violation Petition is dismissed. It is further ordered that the defendant shall remain on supervised release and appear before this Court on November 3, 2010 at 9:00 a.m.

SO ORDERED AND ADJUDGED this the 5th day of April, 2010.

**s/ HENRY T. WINGATE**

_____
CHIEF JUDGE
UNITED STATES DISTRICT COURT